UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   25cv6606(DLC)
ROCKEFELLER PHOTOS, LLC,               :
                                       :      ORDER
                       Plaintiff,      :
            -v-                        :
                                       :
BIG APPLE MEAT MARKET INC.,            :
                                       :
                       Defendant.      :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   Having received the plaintiff's request on September 17, 2025, it is hereby

   ORDERED that the initial pretrial conference scheduled for **October 10, 2025, at 11:00 AM** shall be held telephonically.  The parties shall use the following dial-in credentials:

   Dial-in: 1-855-244-8681

   Access code: 2312 042 2648

The parties shall use a landline if one is available.  Please refer to the Order dated August 18, 2025, for all other information relating to the conference.

Dated:   New York, New York
         September 17, 2025

                                  _____
                                  DENISE COTE
                                  United States District Judge