

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E dan@copycatlegal.com

October 7, 2025

*The conference will proceed as scheduled on October 10.*
*Denise Cote*
*10/8/25*

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*RE: Rockefeller Photos, LLC v. Big Apple Meat Market Inc. (Case No. 1:25-cv-06606-DLC)*

Dear Judge Cote:

  This law firm represents plaintiff Rockefeller Photos, LLC ("Plaintiff") in the above matter. On August 18, 2025, the Court issued a Notice of Initial Pretrial Conference scheduled to take place on October 10, 2025, at 11:00 a.m. in Courtroom 18B, at the United States Courthouse, 500 Pearl Street, New York, NY 10007 (the "Conference") (with such conference subsequently being converted to telephonic pursuant to Plaintiff's request).

  Although counsel for defendant Big Apple Meat Market Inc. ("Defendant") has not yet appeared, I have been in regular contact with such counsel regarding the pretrial conference and prospective resolution of this matter. Today, I was notified by Defendant's counsel that Defendant is interested in attending an early mediation in this matter (to hopefully be scheduled within the next 90 days if schedules allow), with a corresponding request that the pretrial conference be adjourned to allow the parties to explore early resolution without unnecessarily incurring fees.

  Accordingly, Plaintiff respectfully requests that the Court enter an Order: (a) granting this request and (b) adjourning the Initial Pretrial Conference to a later date. Thank you.

Respectfully submitted,

Daniel DeSouza, Esq.

1 | Page