UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROCKEFELLER PHOTOS, LLC,                           Case No. 1:25-cv-06606

                              Plaintiff,
                                                           **ANSWER**
           -against-

BIG APPLE MEAT MARKET INC.,

                               Defendant.
------------------------------------------------------------------------X

      Defendant, BIG APPLE MEAT MARKET INC. ("Defendant"), by and through its attorneys, FORCHELLI DEEGAN TERRANA LLP, as for its Answer to the Complaint filed by Plaintiff ROCKEFELLER PHOTOS, LLC (the "Complaint"), responds and alleges as follows:

## THE PARTIES

      1.    Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "1" of the Complaint.

      2.    Defendant denies the allegations in paragraph "2" of the Complaint.

## JURISDICTION AND VENUE

      3.    Defendant neither admits nor denies the allegations in paragraph "3" of the Complaint, as they are not allegations of fact, but rather legal conclusions.  Defendant refers all questions of law to the Court.  To the extent a response is required, Defendant admits that Plaintiff purports to invoke this Court's subject matter jurisdiction.

      4.    Defendant neither admits nor denies the allegations in paragraph "4" of the Complaint, as they are not allegations of fact, but rather legal conclusions.  Defendant refers all questions of law to the Court.  To the extent a response is required, Defendant denies the allegations in paragraph "4" of the Complaint.

5.      Defendant neither admits nor denies the allegations in paragraph "5" of the Complaint, as they are not allegations of fact, but rather legal conclusions. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies the allegations in paragraph "5" of the Complaint.

## **FACTS**

### I. Plaintiff's Business and History

6.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "6" of the Complaint.

7.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "7" of the Complaint.

### II. The Work at Issue in this Lawsuit

8.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "8" of the Complaint.

9.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "9" of the Complaint.

10.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "10" of the Complaint.

11.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "11" of the Complaint. Defendant neither admits nor denies the allegation that Plaintiff is entitled to institute and maintain this action for copyright infringement as such allegations are not allegations of fact, but rather legal conclusions. Defendant refers all questions of law to the Court.

**III.     Defendant's Unlawful Activities**

12. Defendant denies the allegations in paragraph "12" of the Complaint.

13. Defendant denies the allegations in paragraph "13" of the Complaint.

14. Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "14" of the Complaint.

15. Defendant neither admits nor denies the allegations in paragraph "15" of the Complaint, as they are not allegations of fact, but rather legal conclusions. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies the allegations in paragraph "15" of the Complaint.

16. Defendant denies the allegations in paragraph "16" of the Complaint.

17. Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "17" of the Complaint.

18. Defendant denies the allegations in paragraph "18" of the Complaint.

19. Defendant denies knowledge or information sufficient to form a belief as to the allegations in paragraph "19" of the Complaint.

20. Defendant denies the allegations in paragraph "20" of the Complaint.

## COUNT I – COPYRIGHT INFRINGEMENT

21. Defendant repeats and incorporate by reference all denials, admissions and other responses to the allegations contained in paragraphs "1" through "20", as if said statements were repeated herein at length in response to paragraph "21" of the Complaint.

22. Defendant denies the allegations in paragraph "22" of the Complaint.

23. Defendant denies the allegations in paragraph "23" of the Complaint.

24. Defendant denies the allegations in paragraph "24" of the Complaint.

25. Defendant denies the allegations in paragraph "25" of the Complaint.

26. Defendant denies the allegations in paragraph "26" of the Complaint.

27. Defendant neither admits nor denies the allegations in paragraph "27" of the Complaint, as they are not allegations of fact, but rather legal conclusions. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies the allegations in paragraph "27" of the Complaint.

28. Defendant denies the allegations in paragraph "28" of the Complaint.

29. Defendant denies the allegations in paragraph "29" of the Complaint.

30. Defendant denies the allegations in paragraph "30" of the Complaint.

31. Defendant neither admits nor denies the allegations in paragraph "31" of the Complaint, as they are not allegations of fact, but rather legal conclusions. Defendant refers all questions of law to the Court. To the extent a response is required, Defendant denies the allegations in paragraph "31" of the Complaint.

32. Defendant denies the allegations in paragraph "32" of the Complaint.

33. Defendant denies the allegations in paragraph "33" of the Complaint.

## JURY DEMAND

Defendant demands a trial by jury of all issues so triable in this action.

## PRAYER FOR RELIEF

Defendant denies the allegations and claims contained in Plaintiff's prayer for relief in the Complaint, including subsections "a" through "g" thereof.

**DEFENDANT'S AFFIRMATIVE AND OTHER DEFENSES**

By way of further answer, Defendant asserts the following and other defenses. In asserting these defenses, Defendant is providing notice to Plaintiff of the defenses Defendant intends to raise, and Defendant does not assume the burden of proof as to any of the following defenses where the law does not impose such burden on Defendant.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint, in whole or in part, fails to state a cause of action or claim upon which relief may be granted as a matter of fact and law.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim under federal, state, and local law upon which either pre-judgment or post-judgment interest, liquidated damages, and/or attorneys' fees may be awarded.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

Subject to proof through discovery, Plaintiff's claims are barred, in whole or in part, and must be dismissed by the applicable statute(s) of limitations, and/or the doctrines of avoidable consequences, waiver, estoppel and/or laches.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

Defendant acted in good faith and has not violated any rights secured under federal, state, and local laws, rules, regulations and/or guidelines.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to equitable relief insofar as it has an adequate remedy at law.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

Defendant is entitled to the benefit of all legal and equitable limitations and/or reductions

imposed by statute or otherwise on any award of damages, costs, fees and/or disbursements to the Plaintiff.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unjust enrichment.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

If Plaintiff suffered any of the damages alleged in the Complaint, such damages were suffered solely as a result of its own negligent, reckless, fraudulent and/or improper actions, practices, omissions, and/or conduct, and Plaintiff's culpable conduct bars any recovery against Defendant.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

To the extent Defendant used the Work, which Defendant denies, such use constituted fair use of the Work.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

The purported photographs at issue in this lawsuit contain superficial similarities to the Work, involve non-protectable elements, and are not substantially similar to the Work.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

The Work lacks originality and does not qualify for copyright protection.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

To the extent Defendant used the Work, which Defendant denies, such use was *de minimis* and liability does not arise therefrom.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## **AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant presently has insufficient knowledge or information upon which a belief can be formed as to whether Defendant may have additional, but yet unknown and unstated defenses. Defendant reserves the right to amend its answer to assert such additional defenses in the event that discovery reveals that additional defenses are appropriate.

**WHEREFORE,** it is respectfully requested that the Complaint be dismissed in its entirety and that Defendant be awarded: (a) the costs and disbursements of this action; and (b) such other and further relief as this Court deems just and proper.

Dated: October 9, 2025
      Uniondale, New York

                  FORCHELLI DEEGAN TERRANA LLP

                  By: ___/s/ Michael A. Berger_____
                          Elbert F. Nasis, Esq.
                          Michael A. Berger, Esq.
                          *Attorneys for Defendant*
                  The OMNI
                  333 Earle Ovington Blvd., Suite 1010
                  Uniondale, NY 11553
                  Phone: (516) 248-1700
                  Fax: (516) 248-1729
                  E-Mail: mberger@forchellilaw.com